Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

CLERK U.S. DISTRICT COURT
NORTHERN DIST OF TX
FORT WORTH DIVISION
FILED

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

Fort Worth Division

2023 APR 17  AM 10: 00

DEPUTY CLERK _____

Brittney Nichole Carroll

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Experian

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  4-23CV-366-0

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Brittney Nichole Carroll
Street Address          6415 Royal Cedar Dr
City and County         Dallas, Dallas
State and Zip Code      TX, 75234
Telephone Number        469· 647·9381
E-mail Address          bncarroll@outlook.com

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Experian |
| Job or Title *(if known)* | |
| Street Address | P.O. Box 4500 |
| City and County | Allen |
| State and Zip Code | TX 75013 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Transunion |
| Job or Title *(if known)* | |
| Street Address | P.O. Box 1000 |
| City and County | Chester |
| State and Zip Code | PA 19022 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Equifax |
| Job or Title *(if known)* | |
| Street Address | P.O. Box 740241 |
| City and County | Atlanta |
| State and Zip Code | GA 30374 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

USC title 15 Section 1681, USC Title 15 section 1681s-2, and s-2(b) The Consumer Credit Protection Act Title VI -  Public Law 91-508 - United States Statutes at Large 84 stat 1127-1136 USC title 15 section 1681 (i)

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Brittney Nichole Carroll                          , is a citizen of the State of *(name)*  TEXAS                          .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                          , is incorporated under the laws of the State of *(name)*                          ,

and has its principal place of business in the State of *(name)*

                          .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*                          , is a citizen of the State of *(name)*                          . Or is a citizen of *(foreign nation)*                          .

b.    If the defendant is a corporation

The defendant, *(name)*   Experian   , is incorporated under

the laws of the State of *(name)*    , and has its

principal place of business in the State of *(name)*   TEXAS   .

Or is incorporated under the laws of *(foreign nation)*    ,

and has its principal place of business in *(name)*    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$145,814 this is based on the amount of student loans that are shown on the report.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant violated US Law and the various laws stated above illegally and fraudulently reported to my credit information incorrectly and maliciously even after plaintiff gave a clear warning that the defendant were violating before initiating the lawsuit. (See Exhibits) Economic Damages to plaintiffs credit score and had account items been remove plaintiffs credit score would have went up. Lost opportunities to funding. Emotional distress plaintiffs doesn't have a choice with dealing with the defendant. Based on the total account numbers shown incorrectly and financial stress that was caused by defendant. We have certified mail receipts sent to defendant showing that they were notified and had a chance to correct error on report but failed to do so.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pay amount of $145,814 for economic damages and violating laws and causing emotional distress. Also Defendant to remove disputed account numbers that are on the credit report.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            3/3/2023

Signature of Plaintiff

Printed Name of Plaintiff        Brittney Nichole Carroll

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
   United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
   United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
   Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
   Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
   Original Proceedings. (1) Cases which originate in the United States district courts.
   Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
   Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
   Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
   Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
   Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
   Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
   **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
   Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
   Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Brittney Carroll

**(b)** County of Residence of First Listed Plaintiff    Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

Experian

County of Residence of First Listed Defendant   Collin
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*          *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | | ☒ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer    ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
USC title 15 Section 1681, USC title 15 Section 1681-2, Consumer Credit Protect Act Section 616: Civil Liability

Brief description of cause:
Experian has failed to remove student loans in time and caused financial stress and economic hardship.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.     DEMAND $   $145,814      CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*    JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Exhibit A

Name: Brittney Carroll
Address: 6415 Royal Cedar Drive
County: Dallas          State Republic: Texas          [Zip]: 75236

TransUnion Customer Relations
P.O. Box 1000
Chester PA 19022
Cc: Equifax, Experian

Please forward to Your Legal Department

This Notice & Affidavit Concerns Removal of Debts from My Credit File Pursuant to:
 The Consumer Credit Protection Act Title VI
Public Law 91-508
United States Statutes at Large 84 stat 1127-1136 – Title 15 of the United States Code
Greetings

This letter is from     Brittney Carroll     . My identification [Government Issued ID] and social security card
are attached.

I am writing to have items removed from my credit report that are being unlawfully reported..
 The Items are
#1 Account # 90000032846686 DEPT OF EDUCATION/NELNET
#2 Account # 49319378  US DEPT OF ED/GSL/ATL
#3 Account # 49319376 US DEPT OF ED/GSL/ATL
#4 Account # 46714419, US DEPT OF ED/GSL/ATL
#5 Account # 46714424 US DEPT OF ED/GSL/ATL

Additional     Accounts # 62062142875851001     CAPITAL     ONE     AUTO     FINANCE,
#433926514980  MACYS/CITIBANK

The Attached Affidavit provides the lawful and legal basis. If you fail to remove these items then I will
proceed to suit on this Credit Bureau for Violation of the attached laws and notify the Federal Trade
Commission  and any agents or parties affiliated with the illegal reporting of this information on my credit
files also bears responsibility and will be sued.

Once you have removed the items please forward a conformation to:

Name:    Brittney Carroll

Address  6415 Royal Cedar Drive
County:  Dallas          State Republic  Texas          ZIP [  75236    ]

# AFFIDAVIT
## Affidavit of Official Debt Dispute
### By AFFIDAVIT OF

Name:  Brittney Carroll          – Living Being

Private Social Security Trust File number    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

### PURPOSE OF AFFIDAVIT:

The components of this affidavit are to alert Equifax, Trans-union and Experian Consumer Credit Reporting Agencies of the unlawful posting of debts to my credit files pursuant to The Consumer Credit Protection Act Title VI - Public Law 91-508 - United States Statutes at Large 84 stat 1127-1136 & –The Fair Debt Collection Practices Act USC Title 15 section 1692, and the Fair Credit Reporting Act USC Title 15 section 1681.

I  Brittney Carroll          am of the age of maturity to make this affidavit and the facts herein

- I  Brittney Carroll          am mentally competent to make this Official Affidavit of Facts for the Record
- I  Brittney Carroll          have personal knowledge of the facts in this affidavit
- This affidavit is made under penalties of perjury and must be responded to by a counter affidavit within 30 days or it will stand as undisputed fact as a matter of law

"I  Brittney Carroll          declare under penalty of perjury under the laws of the laws United States of America that the foregoing is true and correct.

[Made Pursuant to the United States Constitution & Title 28 USCA Section 1746]

### AFFIDAVIT OF FACTS

Statements Made under Penalty of Perjury – Must be answered By Counter-affidavit with Affiant having Personal knowledge of the Facts therein with Documentary Evidence

1. I  Brittney Carroll    after a close investigation of the debts you have listed on your credit reporting files acknowledge through this affidavit that the debts are being illegally posted. Your accounts & Numbers listed as:

#1 Account # 90000032846686 DEPT OF EDUCATION/NELNET
#2 Account # 49319378  US DEPT OF ED/GSL/ATL
#3 Account # 49319376 US DEPT OF ED/GSL/ATL
#4 Account # 46714419, US DEPT OF ED/GSL/ATL
#5 Account # 46714424 US DEPT OF ED/GSL/ATL

**Additional    Accounts # 62062142875851001    CAPITAL    ONE    AUTO    FINANCE,**

**#433926514980  MACYS/CITIBANK**

2. Pursuant to section 605 (Obsolete Information) of the Consumer Credit Protection Act Item numbers 1-5 above, & additional accounts listed as Adverse Accounts, Collection Accounts, etc... and being alleged debts that exceed the federal and state statute of limitations old violate section 605 (a) (4) of the Consumer Credit Protection Act as it states specifically, (a)...No consumer reporting agency may make any consumer report containing any of the following items for information: (4)" Accounts placed for collections which antedate the report by more than 7 years

3. As it is clear that the above accounts antedate the report by (age of alleged The federal and state statute of limitations and the law makes no exceptions for this type of debt then it must be erased immediately by the consumer-reporting agency.

4. If it/you (consumer reporting agency) refuse it/you will be subject to section 616 of this same act (Civil Liability for willful noncompliance which states , "Any consumer reporting agency or user of information which willfully fails to comply with any requirement imposed under this title with respect to any consumer is liable to that consumer in an amount equal to the sum of (1) any actual damages sustained by the consumer as a result of the failure, (2) such amount of punitive damages as the court may allow; and (3) in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorneys fees as determined by the court.

5. **Item number _____  an alleged judgment specifically Account #**

**_exceed both state statute of limitations in and the above listed limitations on Suits and judgments of section 605 (a) (2) Obsolete Information and must be removed.**

6. Credit Reporting agencies have the lawful duty to notify the alleged creditors  of this dispute according to USC 15 section 1681 (i), "**(2) Prompt notice of dispute to furnisher of information (A) In general** Before the ***expiration of the 5-business-day period beginning*** on the date on which a consumer reporting agency receives notice of a dispute from any consumer or a reseller in accordance with paragraph (1), the agency shall provide notification of the dispute to any person who provided any item of information in dispute, at the address and in the manner established with the person. ***The notice shall include all relevant information regarding the dispute that the agency has received from the consumer or reseller***.

7. This matter has been disputed and after CREDIT REPORTING AGENCIES take the required action of notifying the other parties listed herein I am demanding that this inaccurate information be removed pursuant to USC title 15 Section 1681 s-2 which states," USC Title 15 section 1681s-2 Responsibilities of furnishers of information to consumer reporting agencies

**a) Duty of furnishers of information to provide accurate information**

**(1) Prohibition**

**(A) Reporting information with actual knowledge of errors**

A person shall not furnish any information relating to a consumer to any consumer-reporting agency if the person knows or has reasonable cause to believe that the information is inaccurate.

**(B) Reporting information after notice and confirmation of errors**

A person shall not furnish information relating to a consumer to any consumer reporting agency if—

**(i)** the person has been notified by the consumer, at the address specified by the person for such notices, that specific information is inaccurate; and

**(ii)** the information is, in fact, inaccurate.

8.  CREDIT REPORTING AGENCIES are also liable to the law under the Fair Credit Reporting Act USC Title 15 section 1681 (i) and cannot report a debt that is inaccurate or disputed lawfully. The law states at USC 15 section 1681 (i), "**(a) Reinvestigations of disputed information**

**(1) Reinvestigation required**

**(A) In general**

Subject to subsection (f) of this section, if the completeness or accuracy of any item of information contained in a consumer's file at a consumer reporting agency is disputed by the consumer and the consumer notifies the agency directly, or indirectly through a reseller, of such dispute, the agency shall, free of charge, conduct a reasonable reinvestigation to determine whether the disputed information is inaccurate and record the current status of the disputed information, or delete the item from the file in accordance with paragraph (5), before the end of the 30-day period beginning on the date on which the agency receives the notice of the dispute from the consumer or reseller.

**(B) Extension of period to reinvestigate**

Except as provided in subparagraph (C), the 30-day period described in subparagraph (A) may be extended for not more than 15 additional days if the consumer reporting agency receives information from the consumer during that 30-day period that is relevant to the reinvestigation.

**(C) Limitations on extension of period to reinvestigate**

Subparagraph (B) shall not apply to any reinvestigation in which, during the 30-day period described in subparagraph (A), the information that is the subject of the reinvestigation is found to be inaccurate or incomplete or the consumer reporting agency determines that the information cannot be verified.

# Demand for Remedy.

**I demand that the following unlawful unverifiable fraudulent claims made be permanently erased from my Credit file:**

**#1 Account #** 90000032846686 DEPT OF EDUCATION/NELNET

**#2 Account #** 49319378_US DEPT OF ED/GSL/ATL

**#3 Account #** 49319376 US DEPT OF ED/GSL/ATL

**#4 Account #** 46714419, US DEPT OF ED/GSL/ATL

**#5 Account #** 46714424 US DEPT OF ED/GSL/ATL

**Additional        Accounts #** 62062142875851001     CAPITAL     ONE     AUTO     FINANCE,
**#**433926514980  MACYS/CITIBANK

1) I am mentally competent to make these statements of fact and I do recognize right from wrong. If the statements herein damage anyone, if he/she/or they will inform me by facts in affidavit form I will sincerely make every effort to amend my declaration to suit the truth and facts made. I hereby and herein reserve the right to amend and make amendments to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that will controvert and overcome this affidavit advise me in written affidavit form within 30 days from certified receipt of this document providing me with your counter affidavit demonstrating with particularity by stating all requisite actual evidentiary facts and all requisite actual law and not merely undetailed irrelevant facts or inconclusive irrelevant facts of law. If the counter affidavit is substantially and materially false and made in order to attempt to change my authenticated status and declarations of fact by assumption, falsification of the record, and general unlawful and illegal actions, the counter affidavit will stand as unfounded and may be subject to *penalty of perjury*. Your silence stands as consent and as implied and tacit approval of the factual declarations herein being established as fact as a matter of law.

I Name:   Brittney Carroll   declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[Made pursuant to  the Constitution for the United States of America all laws in pursuance thereof and Title 28USCA Section 1746]

⚬ **Experian**    *EQ* **Equifax**    **TransUnion**

## Experian Credit Report
As of: **Today**

### Student loans

### DEPT OF EDUCATION/NELN
**900000XXXXXXXXX**

| | |
|---|---|
| Open/Closed | **Closed** |
| Account Type | **Education Loan** |
| Balance | - |
| Date Opened | **Aug 18, 2017** |

### DEPT OF EDUCATION/NELN
**900000XXXXXXXXX**

| | |
|---|---|
| Open/Closed | **Closed** |
| Account Type | **Education Loan** |
| Balance | - |
| Date Opened | **Jan 07, 2017** |

### U S DEPT OF ED/GSL/ATL
**467144XX**

| | |
|---|---|
| Open/Closed | **Closed** |
| Account Type | **Education Loan** |
| Balance | **$26,106** |
| Date Opened | **Mar 13, 2019** |

### U S DEPT OF ED/GSL/ATL
**493193XX**

| | |
|---|---|
| Open/Closed | **Closed** |
| Account Type | **Education Loan** |
| Balance | **$7,842** |
| Date Opened | **Jul 02, 2019** |

### U S DEPT OF ED/GSL/ATL
**467144XX**

| | |
|---|---|
| Open/Closed | **Closed** |
| Account Type | **Education Loan** |
| Balance | **$75,418** |
| Date Opened | **Mar 13, 2019** |

### U S DEPT OF ED/GSL/ATL

Exhibit B (#2)

## DEPT OF EDUCATION/NELN

### Balance details

| | |
|---|---|
| Paid off | - |
| Balance | - |
| Balance updated | Feb 28, 2018 |
| Original balance | $6,765 |

### Account info

| | |
|---|---|
| Account number | 900000XXXXXXXXX |
| Open/closed | Closed |
| Date opened | Aug 18, 2017 |
| Account type | Education Loan |

### Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | ✓ | NA | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | ✓ | ✓ | ✓ |

PAYMENT HISTORY LEGEND ⌄

| | |
|---|---|
| Status | Account transferred to another office |
| Status updated | Feb 2018 |
| Past due amount | - |
| Original balance | $6,765 |
| Monthly payment | - |

### Additional info

| | |
|---|---|
| Responsibility | Individual |
| Terms | 120 Months |
| Company sold | - |
| Original creditor | - |

### Comments

Account closed due to transfer or refinance
Account closed due to transfer

### Your statement

-

### Contact info

| | |
|---|---|
| Address | 121 S 13TH ST
LINCOLN, NE 68508 |
| Phone number | (888) 486-4722 |

 **Is everything correct?**
If inaccurate information appears on your report, you can contact the lender directly to have it corrected, or let us know via email or by mail.

**Dispute this account**

‹ **Back**



# U S DEPT OF ED/GSL/ATL

**39 POTENTIALLY NEGATIVE MONTHS**

## Balance details

## 0% paid off

| | |
|---|---|
| Balance | **$75,418** |
| Balance updated | **Feb 04, 2023** |
| Original balance | **$71,203** |

## Account info

| | |
|---|---|
| Account number | **467144XX** |
| Open/closed | **Open** |
| Date opened | **Mar 13, 2019** |
| Account type | **Education Loan** |

## Payment summary

*Exhibit B (#4)*

< Back



# CAPITAL ONE AUTO FINAN

**1 LATE PAYMENT**

## Balance details

| | |
|---|---|
| Paid off | - |
| Balance | - |
| Balance updated | **Mar 15, 2018** |
| Original balance | **$22,794** |

## Account info

| | |
|---|---|
| Account number | **620621XXXXXXXXXXX** |
| Open/closed | **Closed** |
| Date opened | **Feb 09, 2012** |
| Account type | **Auto Loan** |

## Payment summary

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | ✔ | - | **NA** | - | - | - | - | - | - | - | - | - |
| 2017 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 30 |

Exhibit B (#5)

‹ **Back**



## MACYS/CBNA

**64 POTENTIALLY NEGATIVE MONTHS**

## Credit usage

**–%** credit usage unavailable

| | |
|---|---|
| Balance | - |
| Balance updated | **Feb 10, 2023** |
| Credit limit | **$1,000** |

## Account info

| | |
|---|---|
| Account number | **433926XXXXXX** |
| Open/closed | **Closed** |
| Date opened | **Oct 31, 2013** |
| Account type | **Charge Card** |

← **Your credit reports**

 Experian   *EQ* Equifax   *tu* TransUnion

Experian credit report
BRITTNEY N CARROLL
As of Mar 8, 2023   ⌄

**FICO** SCORE 8  ⓘ                                    **Experian data Mar 8, 2023**

# 576

**POOR**

300                                                                          850

## Personal information

**NAME**

BRITTNEY N CARROLL

**ALSO KNOWN AS**

EHINMIAKHENA BRI CARROLL

**GENERATIONAL IDENTIFIER**

-

**YEAR OF BIRTH**

1988

**ADDRESSES**

Case 4:23-cv-00366-P     Document 1     Filed 04/17/23     Page 19 of 29     PageID 19

2457 PONCA DR
FORT WORTH, TX 76179-1054

6415 ROYAL CEDAR DR
DALLAS, TX 75236-2518

851 LAKE CAROLYN PKWY APT 265
IRVING, TX 75039-4108

**EMPLOYERS**

24 FITNESS

PERSONAL STATEMENTS

NO STATEMENT(S) PRESENT AT THIS TIME

## Quick actions

**Your credit file is unlocked**
Manage Experian CreditLock

**Print your report**
Open a printable version

**File a dispute**
Visit the dispute center

## You have 5 open accounts

Total balance: $121,765

### Credit cards or credit lines

Total balance: $0

## 0% credit usage ⓘ

Credit used: **$0**                                                    Credit limit: **$0**



### CAPITAL ONE

⊘ Link card name   |   What's this?

| | |
|---|---|
| Balance | - |
| Balance updated | **Jan 13, 2023** |

## Build your credit with a new credit card

Adding another account, keeping your card balance low and making payments on time can help show lenders you're a responsible borrower.



See your offers

### BARCLAYS BANK DELAWARE     POTENTIALLY NEGATIVE ❯

| | |
|---|---|
| Balance | **$0** |
| Balance updated | **Aug 01, 2019** |

### KOHLS/CAPONE ❯

| | |
|---|---|
| Balance | - |
| Balance updated | **Dec 14, 2018** |

### MACYS/CBNA     POTENTIALLY NEGATIVE ❯

| | |
|---|---|
| Balance | - |
| Balance updated | **Feb 10, 2023** |

**3 closed accounts** ⌃

 Late payments stay on your report for 7 years, but they typically affect your score less over time.

## Auto loans or leases

Total balance: -

🚗    **CAPITAL ONE AUTO FINAN**                                    LATE PAYMENT    ⟩
    Balance                                                            -
    Balance updated                                            **Mar 15, 2018**

**1 closed account** ⌃

## Student loans

Total balance: $115,255

🎓    **U S DEPT OF ED/GSL/ATL**                                    POTENTIALLY NEGATIVE    ⟩
    Balance                                                            **$26,106**
    Balance updated                                            **Feb 04, 2023**

🎓    **U S DEPT OF ED/GSL/ATL**                                    POTENTIALLY NEGATIVE    ⟩
    Balance                                                            **$75,418**
    Balance updated                                            **Feb 04, 2023**

🎓    **U S DEPT OF ED/GSL/ATL**                                    POTENTIALLY NEGATIVE    ⟩
    Balance                                                            **$5,889**
    Balance updated                                            **Feb 04, 2023**

🎓    **U S DEPT OF ED/GSL/ATL**                                    POTENTIALLY NEGATIVE    ⟩
    Balance                                                            **$7,842**
    Balance updated                                            **Feb 04, 2023**

**DEPT OF EDUCATION/NELN** 〉

Balance                                                  -

Balance updated                               **Feb 28, 2018**

**DEPT OF EDUCATION/NELN** 〉

Balance                                                  -

Balance updated                               **Feb 28, 2018**

2 closed accounts ⌃

## 6 collections

Total balance: $6,510

**CREDIT SYSTEMS INTL IN** 〉

Original creditor                    **RADIOLOGY ASSOC OF N TEXAS**

Balance                                            **$135**

Balance updated                            **Mar 07, 2023**

**CREDIT SYSTEMS INTL IN** 〉

Original creditor                    **RADIOLOGY ASSOC OF N TEXAS**

Balance                                            **$135**

Balance updated                            **Mar 07, 2023**

**MIDLAND FUNDING** 〉

Original creditor                    **CAPITAL ONE BANK USA N.A.**

Balance                                          **$1,724**

Balance updated                            **Feb 25, 2023**

**NATIONWIDE CREDIT & CO**                                                                    >

Original creditor                                                        **UT SOUTHWESTERN**

Balance                                                                              **$2,057**

Balance updated                                                            **Feb 01, 2023**

**NATIONWIDE CREDIT & CO**                                                                    >

Original creditor                                                        **UT SOUTHWESTERN**

Balance                                                                                **$478**

Balance updated                                                            **Feb 01, 2023**

**PORTFOLIO RECOV ASSOC**                                                                    >

Original creditor                                                **BARCLAYS BANK DELAWARE**

Balance                                                                              **$1,981**

Balance updated                                                            **Mar 03, 2023**

Collections can stay on your credit report for up to 7 years from the delinquency date, but they typically affect your FICO® Score less over time.

## 4 inquiries

These lenders have accessed your credit file:

**FACTUAL DATA/0600**                                                                          >

Inquiry date                                                                **Oct 12, 2021**

Removal date                                                                    **Nov 2023**

**JPMCB CARD**                                                                                  >

Inquiry date                                                                  **Feb 4, 2023**

Removal date                                                                    **Mar 2025**

**PREMIUM CREDIT BUREAU**    >

Inquiry date                                           **Dec 15, 2021**

Removal date                                           **Jan 2024**

**SYNCB/LOWES**    >

Inquiry date                                           **Jan 22, 2022**

Removal date                                           **Feb 2024**

## Your Experian credit file is unlocked.

Locking your credit file can help prevent unauthorized access.

More on CreditLock



Keep in mind, not all inquiries are factored into your FICO® Score. Inquiries stay on your credit report for two years but only impact your FICO Score for the first year. Also, FICO may group loan inquiries together so you aren't penalized for shopping for a better rate.

## 0 public records

This is where public records, such as bankruptcies, would appear on your report.



### See all 3 FICO® Scores

Your credit information at the three credit bureaus can be different. Add your Equifax® and TransUnion® FICO® Scores today.

Review my 3 FICO® Scores



**CREDIT CARDS**
### Get more with the right credit card

You could build credit, earn rewards and reach your financial goals with a credit card from our partners.

See your top card



## When your account is in collections, consider these options:

### Verifying the debt ⌄

You can ask for a debt validation and verification letter confirming details of the debt. Consider keeping copies of written communication with the debt collector for your records.

### Negotiating the debt ⌄

### Disputing the debt ⌄



**CREDIT**
### Our credit bot is ready to help

Dig deeper into the factors that make up your FICO® Score 8 and get tips on reaching your credit goals.

**Learn more**

Services     +

    Overview

    Reports & Scores

    Personal Finances ᴮᴱᵀᴬ

    Financial Profile

    Protection

    Credit Cards

    Loans

    Auto

Tools     +

    Experian Boost

    Experian CreditLock

    Score Planner

    Score Simulator

Support     +

    Help Center

Get the free Experian app:



Follow us:

   

Contact Us

Terms & Conditions

Privacy Policy

© 2023 Experian. All rights reserved.

Experian and the Experian trademarks used herein are trademarks or registered trademarks of Experian Information Solutions, Inc., ConsumerInfo.com, Inc. or its affiliates. Other product or company names mentioned herein are the property of their respective owners. Licenses and Disclosures.



CERTIFIED SECURE

Exhibit C



U.S. Postal Service™
CERTIFIED MAIL®
Domestic Mail Only

For delivery information, visit our

OFFICI

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as ap
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To    Experian
Street and Apt. No., or PO Box No.    P.O. Box 4500
City, State, ZIP+4    Allen TX

PS Form 3800, April 2015 PSN 7530-02

7020 0640 0001 4896 0513
7020 0640 0001 4896 0513

CERTIFIED MAIL

Courtney Carroll
11 Jones St
Fort Worth TX 76104

Exhibit D



# USPS Tracking®

**FAQs** >

**Tracking Number:**

# 70200640000148960513

 Copy     Add to Informed Delivery

**Remove** ✕

## Latest Update

Your item has been delivered and is available at a PO Box at 2:11 pm on January 10, 2023 in ALLEN, TX 75013.



### Get More Out of USPS Tracking:

🔍 USPS Tracking Plus®

✅ **Delivered**
**Delivered, PO Box**

ALLEN, TX 75013
January 10, 2023, 2:11 pm

See All Tracking History

